Dismissed and Memorandum Opinion filed July 1, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00412-CR

____________

 

LAMARCUS J. BAILEY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the County Criminal
Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 1604380

 



 

M E M O R
A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this court.  See
Tex. R. App. 42.2.  Because this court has not delivered an opinion, we grant
appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel
consists of Chief Justice Hedges and Justices Yates and Boyce. 

Do Not
Publish C  Tex. R. App. P. 47.2(b).